K. Lee Marshall, California Bar No. 277092
Emma L. Dill, California Bar No. 288801
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   klmarshall@bryancave.com
         emma.dill@bryancave.com

Attorneys for Defendants
Daymon Worldwide Inc., and Omni Global Sourcing Solutions Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT ROBERTS, | CASE NO. 3:15-cv-00774-JCS |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| DAYMON WORLDWIDE INC., and OMNI GLOBAL SOURCING SOLUTIONS INC., | Date Action Filed:   February 19, 2015<br>Trial Date:   None Set |
| Defendants. | |

239610

# STIPULATION

1. Pursuant to Civil L.R. 6-1, Plaintiff Brett Roberts ("Plaintiff") and Defendants Daymon Worldwide Inc. and Omni Global Sourcing Solutions Inc. (collectively, "Defendants"), by and through their respective attorneys, hereby **STIPULATE** that Defendants' time within which to respond to Plaintiff's Complaint is extended from Monday, March 16, 2015 to Monday, March 23, 2015.

2. This stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

3. Pursuant to Civil L.R. 5-1, the filer of this document attests under penalty of perjury that concurrence in this filing has been obtained from the other signatory.

IT IS SO STIPULATED.

Dated:    March 13, 2015

**BRYAN CAVE LLP**
K. Lee Marshall
Emma L. Dill


By:   /s/  Emma L. Dill
         Emma L. Dill
Attorneys for Defendants Daymon Worldwide Inc.
and Omni Global Sourcing Solutions Inc.

Dated:    March 13, 2015

**TRAVIS & TRAVIS**
Monte S. Travis
Robert P. Travis



Dated: 3/17/15

IT IS SO ORDERED
Judge Joseph C. Spero

By:   /s/  Robert P. Travis
         Robert P. Travis
Attorneys for Plaintiff Brett Roberts