1  K. Lee Marshall, California Bar No. 277092
   Emma L. Dill, California Bar No. 288801
2  **BRYAN CAVE LLP**
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105
   Telephone:   (415) 675-3400
4  Facsimile:   (415) 675-3434
   Email:       klmarshall@bryancave.com
5               emma.dill@bryancave.com

6  Attorneys for Defendants
   Daymon Worldwide Inc., and Omni Global Sourcing Solutions Inc.

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12 | BRETT ROBERTS,                          | CASE NO. 3:15-cv-00774-JCS |

13 |        Plaintiff,                       |                            |

14 | vs.                                     | **SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

15 | DAYMON WORLDWIDE INC., and              |                            |
   | OMNI GLOBAL SOURCING SOLUTIONS          |                            |
16 | INC.,                                   | Date Action Filed: February 19, 2015 |
   |                                         | Trial Date:   None Set     |
17 |        Defendants.                      |                            |

**STIPULATION**

1. Pursuant to Civil L.R. 6-1(a), Plaintiff Brett Roberts ("Plaintiff") and Defendants Daymon Worldwide Inc. and Omni Global Sourcing Solutions Inc. (collectively, "Defendants"), by and through their respective attorneys, hereby **STIPULATE** that Defendants' time within which to respond to Plaintiff's Complaint is extended from Monday, March 23, 2015 to Wednesday, April 1, 2015.

2. This stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

3. Pursuant to Civil L.R. 5-1, the filer of this document attests under penalty of perjury that concurrence in this filing has been obtained from the other signatory.

IT IS SO STIPULATED.

Dated:   March 19, 2015         **BRYAN CAVE LLP**
                                K. Lee Marshall
                                Emma L. Dill


                                By:  /s/ Emma L. Dill
                                        Emma L. Dill
                                Attorneys for Defendants Daymon Worldwide Inc.
                                and Omni Global Sourcing Solutions Inc.


Dated:   March 19, 2015         **TRAVIS & TRAVIS**
                                Monte S. Travis
                                Robert P. Travis

Dated: 3/23/15

                                By:  /s/ Robert P. Travis
                                        Robert P. Travis
                                Attorneys for Plaintiff Brett Roberts

IT IS SO ORDERED
Judge Joseph C. Spero

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105