UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ROBERTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAYMON WORLDWIDE INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00774-WHO<br><br>**ORDER DENYING STIPULATION TO CHANGE CASE SCHEDULE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 59 |

　　　　The parties seek to extend the case schedule and may seek to continue the trial.  I DENY the Stipulation without prejudice.  Trial counsel shall attend a case management conference on **Tuesday, April 5, 2016 at 2:00 p.m**. to discuss the status of this matter.  The case management conference set for April 19, 2016 is VACATED.

　　　　Prior to March 31, 2016, trial counsel shall meet and confer in person for at least two hours (or less if full agreement is reached) in an effort to resolve the discovery disputes described in paragraphs 11 and 13 of the Stipulation and agree to the schedule of the depositions described in paragraph 12 of the Stipulation.  On March 31, 2016, they shall file a Joint Case Management Statement that describes the agreements reached, any issues that remain unresolved, and shall list the dates on which written discovery was propounded and depositions taken.

　　　　**IT IS SO ORDERED**.

Dated: March 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge