UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAYMON WORLDWIDE INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00774-WHO<br><br>**ORDER CONCERNING PLAINTIFF'S SECOND STATEMENT OF DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 68 |

Plaintiff has filed a second statement of discovery dispute, once again in contravention of my requirement that statements regarding discovery disputes be **joint**. It reflects badly on both parties when this simple requirement of civility cannot be accomplished.

Defendants shall file a response to the second statement **today**. A telephonic hearing will occur on **May 3, 2016 at 1 p.m.** Counsel shall provide Courtroom Deputy Jean Davis with their telephone numbers by **5 p.m. today**.

**IT IS SO ORDERED**.

Dated: May 2, 2016

WILLIAM H. ORRICK
United States District Judge