United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRETT ROBERTS,

    Plaintiff,

  v.

DAYMON WORLDWIDE INC., et al.,

    Defendants.

Case No. 15-cv-00774-WHO (NJV)

**ORDER VACATING SETTLEMENT CONFERENCE**

Re: Dkt. No. 65

A settlement conference is scheduled in this case for July 18, 2016. The court has received a letter from Defense Counsel dated July 14, 2016, asking that Defendants' client representative be allowed to appear at the settlement conference remotely. In light of the status of the case as set forth in Defense Counsel's letter, *i.e.*, the pending ruling on Defendants' motion for summary judgment, the court finds that it would be a waste of the court's resources to hold a settlement conference at this time. Accordingly, the settlement conference set for July 18, 2016, is HEREBY VACATED.

A telephonic status conference is HEREBY SET for September 13, 2016. The parties shall attend the conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: July 15, 2016

NANDOR J. VADAS
United States Magistrate Judge